# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUSTIN McCORKLE,** | : | |
|     **Plaintiff** | : | **No. 1:17-cv-1077** |
| | : | |
| | : | **(Judge Kane)** |
| | : | |
| **FRED SCOTT, et al.,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 1st day of February 2019, **IT IS ORDERED THAT** an in-person post-discovery status conference in the above-captioned case is scheduled for **June 13, 2019** at **10:00 a.m**. This conference will be held in Chambers, Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania